UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 22-10968 |
| JASON C. ADAMS, | § § | CHAPTER 7 |
| DEBTOR. | § § § | SECTION A |
| DAVID W ASBACH, | § § § | |
| PLAINTIFF, | § § § | |
| V. | § § | ADV. NO. 23-1003 |
| JASON C. ADAMS, | § § § | |
| DEFENDANT. | § § § | |

**JUDGMENT ON COMPLAINT OBJECTING TO DISCHARGEABILITY OF INDEBTEDNESS**

Consistent with this Court's *Memorandum Opinion and Order* dated March 26, 2025, [ECF Doc. 31],

**IT IS ORDERED** that the relief sought in the *United States Trustee's Complaint For Denial of Discharge Under 11 U.S.C. § 727*, [ECF Doc. 1], is **DENIED**.

**IT IS FURTHER ORDERED** that judgment is entered in favor of the Defendant.

**IT IS FURTHER ORDERED** that the Clerk is **DIRECTED** to **DISMISS** the above-captioned adversary proceeding as soon as practicable.

New Orleans, Louisiana, March 28, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE